**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Vega Rodriguez,<br><br>   Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>   Defendants. | No. CV-07-1005-PHX-SMM (MEA)<br><br>**ORDER** |

It appearing to the Court that Plaintiff's Motion for Leave to Withdraw Habeas Corpus Petition Without Prejudice (Doc. # 3) is ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the aforementioned motion, document # 3.

**IT IS FURTHER ORDERED** granting Plaintiff's Motion and dismissing this matter without prejudice.

DATED this 3rd day of January, 2008.

Stephen M. McNamee
United States District Judge